IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-00743-WYD-KMT

CARL TRAENKNER, JR., and
ROSEMARY TRAENKNER,

      Plaintiffs,

v.

MATHEW CAPALBO, and
KEVIN CAPALBO, and
NORTH RANGE BEHAVIORAL HEALTH, a Colorado not for profit corporation,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      In light of the filing of the First Amended Complaint on July 24, 2015, Defendant Kevin Capalbo's Motion to Dismiss filed May 22, 2015, as to the original complaint (ECF No. 23) is **DENIED AS MOOT**.

      Dated:  July 27, 2015.