IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-00743-WYD-KMT

CARL TRAENKNER, JR., and
ROSEMARY TRAENKNER,

    Plaintiffs,

v.

MATHEW CAPALBO, and
KEVIN CAPALBO, and
NORTH RANGE BEHAVIORAL HEALTH, a Colorado not for profit corporation,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    In light of the Order issued today by Magistrate Judge Tafoya granting Plaintiff's Motion for Leave to Amend Complaint (ECF No. 86) in connection with Plaintiff's proposed Second Amended Complaint, Defendants Matthew Capalbo's and Kevin Capalbo's Motion to Dismiss Amended Complaint filed August 6, 2015, as to the First Amended Complaint (ECF No. 46) is **DENIED AS MOOT**.

    Dated:  February 8, 2016.